1  THEODORA R. LEE, Bar No. 129892
   PAUL R. LYND, Bar No. 202764
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940

5  Attorneys for Defendant
   FRESENIUS MEDICAL CARE NORTH AMERICA
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LESLIE L. CONRAD,                    Case No.  C 05-00230 SBA

12          Plaintiff,                  **STIPULATION AND ORDER FOR
                                        DISMISSAL WITH PREJUDICE**
13     v.
                                        **[FRCP, Rule 41]**
14 FRESENIUS MEDICAL CARE OF
   NORTH AMERICA,
15
            Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                 No.  C 05-00230 SBA

THE FOLLOWING IS HEREBY STIPULATED AND AGREED TO by and between the parties to this action, by and through their respective attorneys of record, Thomas P. Carey of the Law Office of Thomas P. Carey on behalf of Plaintiff Leslie L. Conrad ("Plaintiff"), and Paul R. Lynd of Littler Mendelson, A Professional Corporation, on behalf of Defendant Fresenius Medical Care North America, erroneously sued as "Fresenius Medical Care of North America":

Plaintiff and Defendants agree and request that the Court order that this action be dismissed with prejudice in its entirety, as to all claims and causes of action.

DATED: December __, 2005          LAW OFFICE OF THOMAS P. CAREY

                                  By _____
                                     THOMAS P. CAREY, ESQ.
                                     Attorneys for Plaintiff
                                     LESLIE L. CONRAD


DATED: December __, 2005

                                  By _____
                                     PAUL R. LYND
                                     LITTLER MENDELSON, P.C.
                                     Attorneys for Defendant
                                     FRESENIUS MEDICAL CARE NORTH
                                     AMERICA, erroneously sued as
                                     "Fresenius Medical Care of North
                                     America"

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE          2.          No. C 05-00230 SBA

**ORDER**

The Court approves the terms of the above stipulation for dismissal with prejudice, and it is so ordered.

Dated: 12/15/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Firmwide:80665893.1 021146.1077

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**  3.  **No.  C 05-00230 SBA**